**BUDDY BURKE and LOTTIE MAE MANUEL v. STATE OF FLORIDA.**

23 So. (2nd) 529                                     June Term, 1945
October 16, 1945                                            Division A

*Roach & Hoyle,* for appellants.

*J. Tom Watson,* Attorney General, *Reeves Bowen* and *Cecil Farrington,* Assistant Attorneys General, for appellee.

PER CURIAM:

We have considered all questions argued on this appeal and find no reversible error of law; neither can we say the evidence is insufficient to sustain the judgments, so they are affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.